CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01280-SLR
### Internal Use Only

Shaw Group Inc., et al v. Hyundai Heavy Indust  
Assigned to: Honorable Sue L. Robinson  
Demand: $0  
Cause: 28:0157 Motion for Withdrawal of Reference

Date Filed: 09/17/2004  
Jury Demand: None  
Nature of Suit: 423 Bankruptcy Withdrawl  
Jurisdiction: Federal Question

**Debtor**

**Stone & Webster Incorporated et al**

**Plaintiff**

**Shaw Group Inc.**   represented by   **Carolyn Shelly Hake**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Fax: (302) 654-2067
Email: chake@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaw Overseas (Far East) Ltd.**   represented by   **Carolyn Shelly Hake**
*doing business as*                                   (See above for address)
Stone & Webster International Ltd.                    *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hyundai Heavy Industries Limited**   represented by   **Lisa C. McLaughlin**
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Email: lcm@pgslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| | | for partial sum. jgm. with proposed order (rld) (Entered: 10/06/2004) |
| 10/07/2004 | | So Ordered granting [11-1] stipulation reset Reply Brief Deadline to 10/15/04 re: [0-1] motion for Summary Judgment ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 10/07/2004) |
| 10/15/2004 | 12 | Reply Brief Filed by Hyundai Heavy Indust [0-1] motion for Summary Judgment (fmt) (Entered: 10/18/2004) |
| 10/20/2004 | 13 | Letter to Judge Robinson from C. Hake requesting oral argument on deft's motion for partial sum. jgm. (fmt) (Entered: 10/21/2004) |
| 10/22/2004 | 14 | Letter to Judge Robinson from L. McLaughlin enclosing discovery plan on behalf of the parties (fmt) (Entered: 10/22/2004) |
| 10/25/2004 | 15 | ORDER denying without prejudice to renew [0-1] motion for Summary Judgment, Brief deadline to 11/15/04 for deft. to renew his motion only as it relates to the legal issues of contract interpretation , pltf. may respond by 12/6/04; deft.'s reply brief due 12/13/04 set Bench Trial for 9:30 3/28/05 , and set Pretrial Conference for 4:30 3/14/05 , set Motion in Limine Filing deadline to 2/28/05, responses due 3/7/05 ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 10/25/2004) |
| 10/25/2004 | | Scheduling conference held via teleconference; Judge Robinson presiding; no crt. rptr. present; court to issue order today. (rld) (Entered: 10/25/2004) |
| 11/15/2004 | 16 | RENEWED MOTION by Hyundai Heavy Indust with Proposed Order for Partial Summary Judgment Answer Brief due 12/6/04 and reply brief due 12/13/04 (per court's order of 10/25/04) re: [16-1] motion (fmt) Modified on 11/23/2004 (Entered: 11/16/2004) |
| 11/15/2004 | 17 | SEALED Opening Brief Filed by Hyundai Heavy Indust [16-1] renewed motion for Partial Summary Judgment (fmt) (Entered: 11/16/2004) |
| 11/15/2004 | 18 | SEALED Appendix to D.I. 16 Filed by Hyundai Heavy Indust (fmt) (Entered: 11/16/2004) |
| 11/23/2004 | | **Terminated deadlines (rld) (Entered: 11/23/2004) |
| 11/23/2004 | | Deadline updated per court's order of 10/25/04; set Answer Brief Deadline to 12/6/04 re: [16-1] motion for Partial Summary Judgment , and set Reply Brief Deadline to 12/13/04 re: [16-1] motion for Partial Summary Judgment (rld) (Entered: 11/23/2004) |
| 12/06/2004 | 19 | Answer Brief Filed by Shaw Group Inc., Shaw Overseas [16-1] motion for Partial Summary Judgment - Reply Brief due 12/13/04 (rld) (Entered: 12/07/2004) |
| 12/10/2004 | 20 | STIPULATION to extend time for briefing on Deft.'s renewed motion for partial sum. jgm. with proposed order (rld) (Entered: 12/13/2004) |
| 12/13/2004 | | So Ordered granting [20-1] stipulation reset Reply Brief Deadline to 12/20/04 re: [16-1] motion for Partial Summary Judgment ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 12/14/2004) |