OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 16, 2006

Lisa C. McLaughlin
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Email: lcm@pgslaw.com

RE:   Shaw Group Inc., and Shaw Overseas (Far East) Ltd., v.
      Hyundai Heavy Industries Limited.
      Civ. No.: 04-1280 SLR

Dear Counsel:

Pursuant to the Order entered on 8/11/06 by Chief Judge Sue L. Robinson, the following documents are herewith being returned to you:

ITEM(S):   17 and 18.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on ___8/21/06___

Signature _____